**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FRANCIS ANGELINA HERRERA
HERRERA,

      Petitioner,

v.                                    Case No. 6:16-cv-1260-Orl-37DAB

LLONFI LEONEL TAVERAS
CASTILLO,

      Respondent.

**ORDER**

This cause is before the Court on the following:

1. Petitioner's Time-Sensitive Motion for Continuance of Evidentiary Hearing (Doc. 26), filed September 6, 2016;

2. Respondent's Objection and Response to Petitioner's Time-Sensitive Motion for Continuance of Evidentiary Hearing (Doc. 28), filed September 6, 2016;

3. Petitioner's Reply in Support of Petitioner's Motion for Continuance (Doc. 30), filed September 8, 2016;

4. Respondent's Supplemental Response to Petitioner's Time-Sensitive Motion for Continuance of Evidentiary Hearing (Doc. 31), filed September 8, 2016; and

5. Petitioner's Request for Telephonic Hearing on Petitioner's Motion for Continuance (Doc. 32), filed September 8, 2016.

On July 6, 2016, Petitioner filed a petition for the return of her children to the

Dominican Republic under the Convention on the Civil Aspects of International Child Abduction and the Hague Convention ("**Petition**"). (Doc. 1.) The Court subsequently set the Petition for a hearing on September 9, 2016 ("**Evidentiary Hearing**"). (Doc. 17.) On September 6, 2016, Petitioner informed the Court that she would be unable to attend the Evidentiary Hearing due to pending criminal charges brought against her by Respondent. (Doc. 26, ¶ 1.) Consequently, Petitioner requested a one-month continuance ("**Motion for Continuance**"). (*Id.* at ¶ 4.)

Respondent objected to the Motion for Continuance, contending that the alleged criminal charges against Petitioner were for grand theft and not brought by him. (Doc. 28, ¶ 6.) Respondent objected on the ground that any further delay will prejudice him and prolong the travel restrictions placed on him and the three minor children. (Doc. 28, ¶ 6.) As the Court could not determine the origin of the criminal charges, the undersigned directed Petitioner to submit supporting documentation. (Doc. 29, p. 2.)

The documentation submitted by Petitioner reveals that Respondent indeed initiated the sole criminal case pending against Petitioner. (*See* Doc. 30, Ex. A–B.) While the Court makes no determination as to the merits of the pending criminal matter, the Court is satisfied with Petitioner's contentions relating to her inability to leave the Dominican Republic.

The Court is also unpersuaded by Respondent's argument that he will be prejudiced by the prolongation of the previously imposed travel restrictions. (*See* Doc. 28 ¶ 10.) Indeed, Respondent's position in this case is that Orlando is and should be the permanent residence of the minor children. (Doc. 22, ¶¶ 22–25.) In any event, if a need for travel arises, Respondent may submit that request by motion to the

Court. Based on the foregoing, the Court finds that Petitioner's Motion for Continuance is due to be granted; however, Petitioner is advised that the Court is not inclined to continue the Evidentiary Hearing a second time.

In the interim, Respondent filed an unauthorized supplemental response, in which he reiterates his objection to a continuance of the Evidentiary Hearing. (Doc. 31 "**Supplemental Response**"). In light of the Supplement Response, Petitioner requested a telephonic hearing "to clarify the issues before the court." (Doc. 32.) As Respondent did not seek leave as required by the Local Rules before filing his Supplemental Response, it is due to be stricken as an unauthorized filing. Local Rule 3.01(c). Consequently, Petitioner's request for a telephonic hearing is due to be denied as moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Petitioner's Time-Sensitive Motion for Continuance of Evidentiary Hearing (Doc. 26) is **GRANTED**.

2. The Evidentiary Hearing is rescheduled for hearing on Tuesday, **October 18, 2016** at **9:00 a.m.**

3. The Clerk is **DIRECTED** to **STRIKE** Respondent's Supplemental Response to Petitioner's Time-Sensitive Motion for Continuance of Evidentiary Hearing (Doc. 31) as an unauthorized filing.

4. Petitioner's Request for Telephonic Hearing on Petitioner's Motion for Continuance (Doc. 32) is **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 8, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record